No. 04–6765.  SILER *v.* OHIO.  Ct. App. Ohio, Ashland County. Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Crawford* v. *Washington*, 541 U. S. 36 (2004).

No. 04–6604.  JONES *v.* BIRKETT, WARDEN.  C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.

No. 04–6638.  SMITH *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.  As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.  See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*.  JUSTICE STEVENS dissents.  See *id.*, at 4, and cases cited therein.

No. 04–702.  HAMDAN *v.* RUMSFELD, SECRETARY OF DEFENSE. C. A. D. C. Cir.  Motion of petitioner to expedite consideration of petition for writ of certiorari before judgment denied.

No. 04–6711.  OVIEDO *v.* MYERS, FKA OVIEDO.  Super. Ct. Gwinnett County, Ga.  Motion of petitioner for leave to proceed *in forma pauperis* denied.  Petitioner is allowed until December 27, 2004, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 04–7196.  IN RE ROYALE.  Petition for writ of habeas corpus denied.